RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
Las Vegas, NV 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Katryce M. Reid Pitre

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Katryce M. Reid Pitre,<br><br>    Defendant. | Case No. 2:21-mj-00965-BNW<br><br>**Joint Motion to Allow Ms. Pitre to Withdraw her Guilty Plea** |

Jason Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Defendant Katryce Reid Pitre, jointly move to allow Ms. Pitre to withdraw her plea, amend count one to reckless driving, and apply the Judgment to the amended count.

On February 23, 2022, Ms. Pitre pled guilty pursuant to a plea agreement. ECF Nos. 12, 13. The plea agreement provided that if Ms. Pitre "successfully complete[d] the special conditions" set for in the plea agreement, "the parties

shall jointly move to allow the Defendant to withdraw her guilty plea to Count One, and the Government will move to amend Count One to a charge of Reckless Driving" in violation of 36 C.F.R. § 4.2 and N.R.S. 484B.653.  ECF No. 12, p. 3.

The parties jointly agreed to recommend a sentence of three years of supervised probation with special conditions, "to include alcohol abuse treatment and no adverse contact with law enforcement."  ECF No. 12, p. 3.

This Court sentenced Ms. Pitre on June 8, 2022.  ECF No. 15.  This Court followed the joint recommendation of the parties, sentencing Ms. Pitre to 36 months probation with special conditions.  ECF Nos. 15, 16.

Ms. Pitre move for early termination of her supervised probation.  ECF No. 23.  This Court granted her motion.  ECF No. 26.

As a result, Ms. Pitre successfully completed the conditions of her supervised probation.  The parties, following their plea agreement, jointly move to allow Ms. Pitre to withdraw her prior plea, amend Count One of the Judgment to Reckless driving in violation of 36 C.F.R. § 4.2 and N.R.S. 484B.653, plea guilty to that amended Count One, and apply the Judgment to the amended Count One.

. . .

. . .

DATED: August 29, 2023.

          RENE L. VALLADARES
          Federal Public Defender

          */s/ Benjamin F. J. Nemec*
          BENJAMIN F. J. NEMEC
          Assistant Federal Public Defender
          Attorney for Katryce M. Reid Pitre


          JASON FRIERSON
          United States Attorney

          */s/Imani Dixon*
          IMANI DIXON
          Assistant United States Attorney
          Attorney for Government

## ORDER

**IT IS SO ORDERED**

**DATED:** 5:58 pm, August 30, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 29, 2023, she served an electronic copy of the above and foregoing Stipulation to allow Ms. Pitre to Withdraw her Guilty Plea by electronic service (ECF) to the person named below:

JASON M. FRIERSON
United States Attorney
IMANI DIXON
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Celina Moore*
Employee of the Federal Public Defender